ESTATE OF MARTIN TOMASIN, ET AL. v.
ANGELA COPPOLINO, ET AL.

November 10, 1986.

Petition for certification denied.

JOHN TOMASIN v. KENNETH BLANE, ET AL.

November 10, 1986.

Petition for certification denied.

IN THE MATTER OF THE APPLICATION OF THE LICENSURE
OF NICHOLAS ANDRIAN TO PRACTICE NURSING IN THE
STATE OF NEW JERSEY.

November 10, 1986.

Petition for certification denied.

RENE GRINAN AND CARIDAD GRINAN v. ST.
MARY'S HOSPITAL, ET AL.

November 10, 1986.

Petition for certification denied.